UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAREL MACIAS and JOEL BELTRAN ANGULO,<br><br>　　　　　Plaintiffs,<br>v.<br><br>JOHN J KERRY, Secretary of Department of State; JANCE JACOBS, Assistant Secretary of State for Consular Affairs; DAVID DONAHUE, Deputy Assistant Secretary of State for Visa Services; IAN BROWNLEE, Consul General of the U.S. Consulate Ciudad Juarez,<br><br>　　　　　Defendants. | Case No. 13cv0201-GPC-JMA<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND STAY**<br><br>[Dkt. No. 38.] |

On September 26, 2014, this Court stayed the above-captioned matter pending the Supreme Court's determination of whether to grant the government's petition for *certiorari* in Din v. Kerry, 718 F.3d 856 (9th Cir. 2013). On October 9, 2014, Defendants filed a status report confirming that the Supreme Court has granted the petition for *certiorari* in Din. (Dkt. No. 38 at 2.) Defendants request a stay of the present matter "until 30 days after the Supreme Court issues a decision in Din." (Dkt. No. 38 at 3.) Defendants state that Plaintiffs have confirmed that they do not oppose this request. (Id. at 2.)

Again weighing the interests of the Court in judicial economy; the burdens and interest of the Parties; and the duration of the requested stay, the Court hereby GRANTS Defendants' request to extend the stay until the Supreme Court issues its decision in Din. See Leyva v. Certified Grocers of California, Ltd., 593 F.2d 857, 863 (9th Cir. 1979) (concluding "a trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case."). In particular, the Court recognizes that Plaintiffs do not oppose the request to stay this matter, and that the two central questions in Din directly affect the resolution of the present case. (See Dkt. No. 38 at 2) (citing Dkt. No. 35-1, Petition for a Writ of *Certiorari*).

Accordingly, the Court hereby STAYS the present case until the Supreme Court's ruling in Din v. Kerry. Defendants shall file a status report attaching the Supreme Court's opinion no later than fourteen (14) days after the Supreme Court's resolution of the petition for *certiorari* in Din. The status report shall set forth Defendants' proposed deadline for filing a dispositive motion in this case; Plaintiffs shall have two days following the filing of Defendants' status report to file objections to the proposed deadline or notice of non-opposition.

**IT IS SO ORDERED.**

DATED: October 10, 2014

HON. GONZALO P. CURIEL
United States District Judge